# SYNOPSIS – CRIMINAL COMPLAINT

| | |
|---|---|
| **Name:** | Andrew Greer |
| **Address:** (City & State Only) | Kittery, Maine |
| **Year of Birth and Age:** | 1982 (43 years old) |
| **Violations:** | Counts 1–3: Sexual exploitation of a minor. 18 U.S.C. § 2251(a). <br><br> Count 4: Possession of child pornography involving prepubescent minors. 18 U.S.C. § 2252A(a)(5)(B). |
| **Penalties:** | Counts 1–3: Class B felony. Not less than 15 years and not more than 30 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2251(e). <br><br> Count 4: Class C felony. Not more than 20 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 2252A(b)(2). |
| **Supervised Release:** | Counts 1–4: At least 5 years, maximum of life. 18 U.S.C. § 3583(k). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1–3: Not more than 3 years. 18 U.S.C. § 3583(e)(3). <br><br> But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years. 18 U.S.C. § 3583(k). |

|  | Count 4: Not more than 2 years.<br>18 U.S.C. § 3583(e)(3).<br><br>But if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than 1 year can be imposed, the court shall revoke supervised release and impose a term of imprisonment of not less than 5 years.<br>18 U.S.C. § 3583(k). |
|---|---|
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1–4: Life.<br>18 U.S.C. § 3583(k). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations<br>Special Agent David C. Fife |
| **Detention Status:** | Arrest warrant issued, Defendant to be arrested. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSAs:** | Craig M. Wolff, F. Todd Lowell |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A).<br><br>Counts 1–3: Not more than $50,000. |

|  | 18 U.S.C. § 2259A(a)(3).<br><br>Count 4: Not more than $17,000.<br>18 U.S.C. § 2259A(a)(1).<br><br>$5000 per count, if Defendant is found to be non-indigent.<br>18 U.S.C. § 3014(a). |
|---|---|